FILED

FEB 12 2025

BONNIE HACKLER
Clerk, U.S. District Court
By ____________
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**NICHOLAS HAMMER,**

***Defendant.***

**Case No.** 25 CR 16 JFH

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT ONE**

**FAILURE TO REGISTER AS SEX OFFENDER**
**[18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(B), & 2250(a)(3)]**

Beginning in or about October 10, 2024, and continuing until on or about November 4, 2024, in the Eastern District of Oklahoma, the Defendant, **NICHOLAS HAMMER**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the State of Oklahoma for Rape - First Degree, in case number CRF:99-235, on January 4, 2001, and entered, left, and resided in Indian country and knowingly failed to update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(B), and 2250(a)(3).

CHRISTOPHER J. WILSON
United States Attorney

EMILY WITTLINGER, PA #326284
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY